FILED

JUN 16 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TANYA MARIE MORREO<br><br>Defendant. | Case No.: 3:15-cr-02659-001-BEN<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE**<br><br>**[ECF No. 60]** |

Movant Tanya Marie Morreo has filed a Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) ("Section 3582(c)(1)(A)"). ECF No. 60. Pursuant to General Order 692-B, the Motion was referred to Federal Defenders for a status report. ECF No. 61. On June 10, 2021, Federal Defenders filed a status report and did not request appointment on this matter. ECF No. 63.

At this time, the Court recognizes there is no applicable policy statement governing compassionate release motions filed by defendants under the recent amendments to Section 3582(c)(1)(A). The Court also recognizes that a district court's discretion may be informed by U.S.S.G. § 1B1.13, but that it is not binding, and a district court may consider any extraordinary and compelling reason for release that a defendant might raise. *United States v. Aruda*, 993 F.3d 797, 801-02 (9th Cir. 2021).

In support of her request for compassionate release, Movant argues her diabetes

and heart murmur constitute extraordinary and compelling reasons for her release. Mot., ECF No. 60, 4-5. Other courts within this district have found similar ailments are not "extraordinary and compelling" for purposes of granting compassionate release. *See United States v. Jefferson*, Case No. 13-cr-1378-LAB, 2021 WL 1889672, at *1 (noting that at one correctional facility nine percent of inmates are diabetic and concluding that these medical conditions "are far from extraordinary").

Moreover, Movant is not entitled to compassionate release because her release would pose a significant danger to the community. *See* 18 U.S.C. § 3553(a)(2)(C). She is currently serving a 180-month sentence for importing almost ten kilograms of methamphetamine in violation of 18 U.S.C. §§ 952 and 960. She also has a substantial criminal history. *See* Tr., ECF No. 52 (noting the Movant's criminal history category is VI). The motion is therefore **DENIED**.

**IT IS SO ORDERED.**

Date: June /6, 2021

HON. ROGER T. BENITEZ
United States District Judge